George A. Coe, *Respondent, v.* David Bearup, *Appellant.* — Motion to dismiss appeal granted, with ten dollars costs, unless the appellant pays said costs within twenty days, and by the twentieth day of November next serves printed papers, as required

by the rules, including copies of the case as settled by the referee, in which case the motion is denied.